## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Williams, Bobbie J

Printed:  2/26/08

Case Number:  07 B 08442
Judge:  Squires, John H
Filed:  5/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  January 9, 2008
Confirmed:  July 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,627.44 |  |
| Secured: |  | 2,353.05 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,024.52 |
| Trustee Fee: |  | 249.87 |
| Other Funds: |  | 0.00 |
| Totals: | 4,627.44 | 4,627.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,952.20 | 2,024.52 |
| 2. | Monterey Financial Services | Secured | 500.00 | 40.00 |
| 3. | Toyota Motor Credit Corporatio | Secured | 21,658.07 | 2,313.05 |
| 4. | Sprint Nextel | Unsecured | 21.86 | 0.00 |
| 5. | DaimlerChryster Financial | Unsecured | 1,184.26 | 0.00 |
| 6. | Monterey Financial Services | Unsecured | 47.10 | 0.00 |
| 7. | Toyota Motor Credit Corporatio | Unsecured | 0.00 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 22.62 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 43.36 | 0.00 |
| 10. | Great American Finance Company | Unsecured | 43.99 | 0.00 |
| 11. | Midwest Verizon Wireless | Unsecured | 129.54 | 0.00 |
| 12. | Jefferson Capital | Unsecured | 96.87 | 0.00 |
| 13. | Bank Of America | Unsecured | 80.62 | 0.00 |
| 14. | Devon Financial Services Inc | Unsecured | 30.18 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | MCI Residential | Unsecured | | No Claim Filed |
| 19. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 20. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 21. | MCI Residential | Unsecured | | No Claim Filed |
| 22. | CB USA | Unsecured | | No Claim Filed |
| 23. | TCF Bank | Unsecured | | No Claim Filed |
| 24. | SBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Williams, Bobbie J

Printed:  2/26/08

Case Number:  07 B 08442

Judge:  Squires, John H

Filed:  5/8/07

_____          _____
$ 26,810.67                $ 4,377.57

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
| 5.4% | 249.87 |

_____
$ 249.87

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: